# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136234

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRYANT KEITH WILEY,
        Defendant-Appellant.

SC: 136234
COA: 282915
Wayne CC: 03-002381

_____/

On order of the Court, the application for leave to appeal the March 4, 2008 order of the Court of Appeals is considered. We DIRECT former appellate counsel, Kevin M. Landau, to file a supplemental brief addressing the reason(s) for his failure to file the defendant's delayed application for leave to appeal in the Court of Appeals within the deadlines set forth in MCR 7.205(F)(4), which led to administrative dismissal of the application on jurisdictional grounds. Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

s0915